# Court of Appeals
# of the State of Georgia

ATLANTA,    August 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2403.  JOSHUA ADAM FARMER v. THE STATE.**

On June 20, 2012, this Court issued an order granting Joshua Adam Farmer's application for discretionary appeal.  The order notified Farmer that he had 10 days from the date of the order to file a notice of appeal.  See OCGA § 5-6-35 (g).  Farmer, however, did not file his notice of appeal until 13 days later on July 3, 2012.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988).  Because Farmer failed to file his notice of appeal within 10 days of our order granting his discretionary application, his notice of appeal is untimely.  Accordingly, this appeal is DISMISSED for lack of jurisdiction.  See *Barnes v. Justis*, 223 Ga. App. 671 (478 SE2d 402) (1996); OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 08/10/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*